| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Janice Ann McClendon–Jackson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9023<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter  **7**   **12/23/19** |
| Case number:   **19–36091** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Janice Ann McClendon–Jackson | | |
| 2. | **All other names used in the last 8 years** | aka Janice McClendon, aka Janice Jackson | | |
| 3. | **Address** | 18217 Hart Dr<br>Apt 4B<br>Homewood, IL 60430 | | |
| 4. | **Debtor's attorney**<br>Name and address | Pro Se | | Contact phone _____<br>Email: NONE |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronald R Peterson<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654 | | Contact phone 312–222–9350<br>Email: rpeterson@jenner.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 12/26/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 4, 2020 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/6/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 19-36091-LAH
Janice Ann McClendon-Jackson                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina           Page 1 of 1           Date Rcvd: Dec 26, 2019
                              Form ID: 309A           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.
```
db          +Janice Ann McClendon-Jackson,   18217 Hart Dr,   Apt 4B,   Homewood, IL 60430-2517
28501173    +CB Vics Ctr,   P O Box 182273,   Columbus, OH 43218-2273
28501175    +Credit Acceptance,   15770 South LA Grange RD,   Orland Park, IL 60462-4766
28501168    +Credit Acceptance Corp,   P O Box 2070,   Credit Dispute Dept,   Southfield, MI 48037-2070
28501181    +Family Dental of Orland Park,   11041 W 179th St,   Orland Park, Il 60467-9452
28501180    +Fifth Third Bank,   21403 S Cicero Ave,   Matteson, IL 60443-2214
28501177    +Granite State Management,   4 Barrell Court,   Concord, NH 03301-8543
28501170     Midland Funding LLC,   350 Canno De LA,   Rena Ste 100,   San Diego, CA 92108
28501176    +State of Illinois,   Child Care Development,   901 S Spring St B,   Springfield, IL 62704-2724
28501182    +Stryker Auto Sales,   1145 N LA Fox St,   South Elgin, IL 60177-1221
28501174    +The Bureaus Inc,   650 Dundee RD #370,   Northbrook, IL 60062-2757
28501178     Toyota Motor Credit,   111 W 22nd St Ste 420,   Oakbrook, IL 60521
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QRRPETERSON.COM Dec 27 2019 06:48:00      Ronald R Peterson,   Jenner & Block LLP,
             353 N. Clark Street,   Chicago, IL 60654-5474
28501171     E-mail/Text: bankrupt@choicerecovery.com Dec 27 2019 02:24:15      Choice Recovery,
             1550 Old Henderson Ste 100,   Columbus, OH 43220
28501179    +EDI: CAPITALONE.COM Dec 27 2019 06:38:00      Capital One Bank NA,   P O Box 30285,
             Salt Lake City, UT 84130-0285
28501172    +E-mail/Text: bankruptcy.notifications@fisglobal.com Dec 27 2019 02:27:52      Chex Systems,
             7805 Hudson Rd,   Woodbury, MN 55125-1703
28501169     EDI: PRA.COM Dec 27 2019 06:48:00      Portfolio Recovery,   120 Corporate Blvd,
             Norfolk, VA 23502
28499889    +EDI: RMSC.COM Dec 27 2019 06:38:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
```
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.axosfs.com;docketing@jenner.com
                                                                                             TOTAL: 2
```